**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7137**

_____

ANTHONY GLEEN YATES,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-95-658-R)

_____

Submitted: December 14, 1995        Decided: January 11, 1996

_____

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony Gleen Yates, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief without prejudice on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Yates v. Angelone, No. CA-95-658-R (W.D. Va. July 10, 1995). We deny the pending motions in this court for summary judgment and an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED